THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Edward G. Acton, Appellant.
 
 
 

Appeal from Colleton County
 John C. Few, Circuit Court Judge

Unpublished Opinion No.  2006-UP-106
Submitted February 1, 2006  Filed February 21, 2006 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Joseph L. Savitz, Office of Appellate Defense, of Columbia, for Appellant.
J. Benjamin Aplin, of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.
 
 
 

PER CURIAM: Edward G. Acton appeals the revocation of his probation and the reinstatement of his ten year sentence for assault and battery of a high and aggravated nature.  Pursuant to State v. Archie, 322 S.C. 135, 470 S.E.2d 380 (Ct. App. 1996), Acton contends the trial court abused its discretion in revoking his probation.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Actons appeal and grant counsels motion to be relieved.[1]
 APPEAL DISMISSED.
BEATTY, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.